BERNARD LOEWENTHAL, Respondent, v. HARRY A. SAMWICK, Appellant, and ISAAC E. CHADWICK, Defendant, as Individuals Doing Business under the Firm Name and Style of INTERNATIONAL FILM SALES COMPANY.— Judg-

ment affirmed, with costs. No opinion. Present — Clarke, P. J., Scott, Dowling, Page and Davis, JJ.